RECEIVED
JAN 1 3 2026
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:26-cr-004 |
| v. | INDICTMENT |
| SAMUEL PETER MCELMEEL, | T. 18 U.S.C. § 115(a)(1)(B) |
| Defendant. | T. 18 U.S.C. § 115(b)(4) |

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Threats against a Federal Official)

On or about May 7, 2025, in the Southern District of Iowa, and elsewhere, the defendant, SAMUEL PETER MCELMEEL, did threaten to murder a United States judge, namely: Victim #1, with the intent to retaliate against Victim #1 on account of Victim #1's performance of her official duties.

This is a violation of Title 18, United States Code, Section 115(a)(1)(B) and 115(b)(4).

1

THE GRAND JURY FURTHER CHARGES:

## COUNT 2
**(Threats against a Federal Official)**

On or about December 14, 2025, in the Southern District of Iowa, the defendant, SAMUEL PETER MCELMEEL, did threaten to murder a United States judge, namely: Victim #1, with the intent to intimidate Victim #1 while she was engaged in the performance of her official duties and retaliate against Victim #1 on account of Victim #1's performance of her official duties.

This is a violation of Title 18, United States Code, Section 115(a)(1)(B) and 115(b)(4).

A TRUE BILL.

_____
FOREPERSON

David C. Waterman
United States Attorney

By: _____
Matthew A. Stone
Assistant United States Attorney